IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SIEGEL-ROBERT, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO.: 02-2242-An |
| ) | |
| CHARMS LP EMPLOYEE BENEFIT PLAN, ) | |
| et al., ) | |
| ) | |
| and ) | |
| ) | |
| CHARMS LP EMPLOYEE BENEFIT PLAN, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TIG INSURANCE CO., et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

## ORDER SETTING TELEPHONE STATUS CONFERENCE

Before the Court is the Order of Reference entered November 21, 2005 referring this case to Magistrate Judge S. Thomas Anderson to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**IT IS THEREFORE ORDERED** that a status conference be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, DECEMBER 29, 2005 at 11:00 A.M.** in Courtroom M-3, 9th Floor, U.S. Courthouse, Memphis, Tennessee.

1

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _November 23, 2005_

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 2:02-CV-02242 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Elaine Cribbs Rizza
THE RIZZA GROUP PROFESSIONAL CORPORATION
311 Allison Ave.
Washington, PA 15301

Kimberly A Sebring
THE RIZZA GROUP PROFESSIONAL CORPORATION
311 Allison Ave.
Washington, PA 15301

Honorable S. Anderson
US DISTRICT COURT