IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SIEGEL-ROBERTS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No.   02-2242 An |
| ) | |
| CHARMS LP EMPLOYEE BENEFIT PLAN, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| CHARMS LP EMPLOYEE BENEFIT PLAN, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TIG INSURANCE CO., et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

## ORDER SETTING HEARING

Before the Court is the Defendant's Motion to Continue the Telephone Status Conference filed on December 5, 2005. Currently, a Telephone Status Conference is scheduled for December 29, 2005 at 11:00 a.m. After consideration, it is **ORDERED** that the Telephone Status Conference shall be continued.

**IT IS THEREFORE ORDERED** that the Telephone Status Conference be held on **THURSDAY, JANUARY 12, 2005 at 10:00 A.M.** Counsel for the Plaintiff shall initiate the conference call and shall insure that all counsel of record are on the telephone prior to dialing

Judge Anderson's chambers in Memphis, Tennessee.

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 07, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:02-CV-02242 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Elaine Cribbs Rizza
THE RIZZA GROUP PROFESSIONAL CORPORATION
311 Allison Ave.
Washington, PA 15301

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Kimberly A Sebring
THE RIZZA GROUP PROFESSIONAL CORPORATION
311 Allison Ave.
Washington, PA 15301

Honorable S. Anderson
US DISTRICT COURT